JACK G. ANGARAN, ESQ., SBN: 711
GEORGESON ANGARAN, CHTD.
5450 Longley Lane
Reno, Nevada 89511
775.827.6440
775.827-9256 – fax
kristie@renotahoelaw.com
jack@renotahoelaw.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIONYSIOS NATSIS and DAVID MIRANDA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, DOES 1 through V And ROE CORPORATIONS VI Through X, inclusive,<br><br>Defendants. | **RESPONSE TO ORDER AND REQUEST TO STAY**<br><br>Case No.: 2:10-cv-02192-LDG-GWF<br><br>**(Removed from District Court, Clark County, State of Nevada, Case No.:A-10-627714-C, Dept. No.:XVII)** |

The undersigned parties are in receipt of this Court's *Order* dated November 7, 2011 (Docket 14) requiring the parties to file a *Joint Pretrial Order*. Plaintiffs and Defendant wish to advise the Court that they have entered into a Binding Arbitration Agreement as to the issues remaining in the case, which is set for Binding Arbitration on January 25, 2012 in Las Vegas before the Honorable Mitch Cobeaga.

Plaintiffs and Defendant hereby request that the Court stay any further proceedings in this case pending completion of the Binding Arbitration. The parties wish the Court to retain jurisdiction for enforcement of the Arbitration Award if needed.


GEORGESON
ANGARAN

- 1 -

Dated this 18th day of November, 2011.

| THE LAW OFFICE OF DANIEL S. SIMON | GEORGESON ANGARAN, CHTD. |
|---|---|
| By: /s/ Daniel S. Simon<br>DANIEL S. SIMON, ESQ., SBN 4750<br>Attorney for Plaintiffs | By: /s/ Jack G. Angaran<br>JACK G. ANGARAN, ESQ., SBN 711<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:   November 22, 2011

