# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIONYSIOS NATSIS an DAVID MIRANDA, | ) |
|   Plaintiffs, | ) Case No. 2:10-cv-02192-LDG-GWF |
| vs. | ) **ORDER** |
| GEICO GENERAL INSURANCE COMPANY, | ) |
|   Defendant. | ) |

This matter is before the Court on the Request to Stay (#16) granted on November 22, 2011 (#16). The parties requested a stay of further proceedings pending the completion of a Binding Arbitration to be held on January 25, 2012. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **February 9, 2012** advising the Court of the status of the settlement.

DATED this 30th day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge